853 A.2d 231

IN THE MATTER OF FERNANDO REGOJO, AN ATTORNEY
AT LAW (ATTORNEY NO. 015111981).

July 26, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03-457, concluding that **FERNANDO REGOJO** of **UNION CITY**, who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate with client), and *RPC* 1.8(h)(negotiating a malpractice settlement with a client without advising the client to seek independent counsel), and good cause appearing;

It is ORDERED that **FERNANDO REGOJO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.